Ann Jernow (SBN 197060)
ann.jernow@sterlingtonlaw.com
**STERLINGTON, PLLC**
228 Park Avenue South, No. 97956
New York, New York 10003
Tel. 332-910-5742
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSIRRAH MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVMO, INC. f/k/a YayYo, Inc. and Rideshare Rental, Inc.,<br><br>Nominal Defendant,<br><br>and<br><br>RAMY EL-BATRAWI and X, LLC,<br><br>Defendants. | Case No.: 2:23-cv-00251-JLS-PVC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)**<br><br>**Hearing Date:** January 9, 2026<br>**Hearing Time:** 10:30 am<br>**Location:**    350 West 1st St<br>            Los Angeles, CA 90012<br>**Courtroom:** 8A<br><br>**Judge:** Hon. Josephine L. Staton |

1  PLEASE TAKE NOTICE that on Friday January 9, 2026 at 10:30 am, or as soon thereafter as the matter may be heard in Courtroom 8A (8th Floor) of the United States District Court located at 350 West 1st St., Los Angeles, CA 90012, Plaintiff Nosirrah Management, LLC will move for move for an order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting default judgment against the Estate of Ramy El-Batrawi; X, LLC, Inc.; and EVmo, Inc. f/k/a YayYo, Inc. and Rideshare Rental, Inc.

This motion is based on this Notice, the Memorandum of Points and Authorities filed in support, the Declaration of Ann Jernow and the exhibits attached thereto, the Notice of Lodging of Additional Authorities and Proof of Service filed herewith, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: December 3, 2025

**STERLINGTON, PLLC**

By: /s/ Ann Jernow
Ann Jernow (SBN 197060)
ann.jernow@sterlingtonlaw.com
228 Park Avenue South, No. 97956
New York, New York 10003
Tel. 332-910-5742
*Attorneys for Plaintiff*