JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NOSIRRAH MANAGEMENT, LLC,

               Plaintiff,

        v.

EVMO, INC. f/k/a YayYo, Inc. and Rideshare Rental, Inc.,

               Nominal Defendant,

        and

THE ESTATE OF RAMY EL-BATRAWI and X, LLC,

               Defendants.

Case No. 2:23-cv-00251-JLS-PVC

**JUDGMENT**

On March 25, 2026, the Court issued an Order Granting the Motion for Default Judgment in favor of Plaintiff Nosirrah Management, LLC, and found that Defendants, the Estate of Ramy El-Batrawi and X, LLC, are liable for short-swing profits amounting to $1,572,207.98.  (Doc. 123.)

Accordingly, IT IS HEREBY ORDERED, ADJUGED, AND DECREED that judgment is entered in favor of Plaintiff Nosirrah Management, LLC.  Defendants, the Estate of Ramy El-Batrawi and X, LLC, shall pay $1,572,207.98 to Nominal Defendant EVmo, Inc. f/k/a YayYo, Inc. and Rideshare Rental, Inc. ("EVmo").

DATED: April 2, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE