UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSIRRAH MANAGEMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EVMO, INC. f/k/a YayYo, Inc. and Rideshare Rental, Inc.,<br><br>　　　　　Nominal Defendant,<br><br>　　　and<br><br>THE ESTATE OF RAMY EL-BATRAWI and X, LLC,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00251-JLS-PVC<br><br>**AMENDED JUDGMENT** |

Pursuant to this Court's Order dated June 22, 2026 (Doc. 132), in which the Court GRANTED Plaintiff's Motion to Alter or Amend Judgment and GRANTED IN PART Plaintiff's Motion for Attorneys' Fees and Expenses,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff Nosirrah Management, LLC, and against Defendants, the Estate of Ramy El-Batrawi and X, LLC, as follows:

**1.      Short-swing profits.** Defendants, the Estate of Ramy El-Batrawi and X, LLC, shall pay $1,572,207.98 in short-swing profits to Nominal Defendant EVmo, Inc. f/k/a YayYo, Inc. and Rideshare Rental, Inc. ("EVmo").

**2.      Pre-judgment interest.** Defendants shall pay pre-judgment interest on the short-swing profits to EVmo in the amount of $569,882.37, calculated using the IRS underpayment rate established on a quarterly basis and accruing from the dates on which the profits were realized from the transactions.

**3.      Attorneys' fees.** Plaintiff is awarded attorneys' fees in the amount of $393,052.00.

**4.      Expenses**. Plaintiff is awarded expenses in the amount of $1,127.30.

**5.      Post-judgment interest.** Post-judgment interest shall accrue on this Judgment from the date of entry of the original Judgment (Doc. 125) which was signed on April 2, 2026. The interest rate is the rate prior to the week of judgment, as published by the Federal Reserve. *See* 28 U.S.C. § 1961(a). Post-judgment interest through July 2, 2026 totals $20,240.70 as computed on the full award of $2,142,090.35 (principal + pre-judgment interest) at 3.79% per annum. Interest shall continue to accrue daily at the same rate until paid.

DATED: July 5, 2026

_____
HON JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2